NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BUDDY TAYLOR, DONNA TAYLOR,**

*Plaintiffs-Appellants*

**v.**

**UNITED STATES,**

*Defendant-Appellee*

---

2020-2275

---

Appeal from the United States Court of Federal Claims in No. 1:18-cv-01082-TCW, Judge Thomas C. Wheeler.

---

## JUDGMENT

---

A. BLAIR DUNN, Western Agriculture, Resource and Business Advocates, LLP, Albuquerque, NM, argued for plaintiffs-appellants.  Also represented by MARSHALL RAY, Law Offices of Marshall J. Ray, LLC.

NATHANAEL YALE, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee.  Also represented by BRIAN M. BOYNTON, ROBERT EDWARD KIRSCHMAN, JR., LOREN MISHA PREHEIM; MICHAEL CASILLO,  Air Force Legal

Operations Agency, United States Air Force, Joint Base Andrews, MD.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, O'MALLEY, and TARANTO, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

June 21, 2021          /s/ Jarrett B. Perlow
Date                         Jarrett B. Perlow
                              Chief Deputy Clerk